UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/21

Stephen C. Kramer, *et al.*,

        Plaintiffs,

–v–

Penske Truck Leasing, Co., L.P., *et al.*,

        Defendants.

21-cv-7121 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This matter has been referred to the Magistrate Judge for general pretrial management. Accordingly, the initial pretrial conference scheduled for November 12, 2021, before this Court is adjourned *sine die*. An initial pretrial conference will be rescheduled before the Magistrate Judge.

    SO ORDERED.

Dated: November 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge