

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRAMER et al.,

       Plaintiff,

-against-

PENSKE TRUCK LEASING CO., L.P. et al.,

       Defendants.

21-CV-07121 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's opposition to defendant Morgan Truck Body's motion to dismiss for lack of personal jurisdiction (Dkt. No. 13) was due, after several extensions, on March 7, 2022. (*See* Dkt. Nos. 23, 40.) No opposition was filed. If plaintiff fails to file his opposition papers on or before **March 9, 2022**, the motion will be deemed unopposed. If plaintiff files opposition papers by that deadline, Morgan Truck Body's optional reply papers will be due **March 21, 2022**.

Dated: New York, New York
       March 8, 2022

                                   **SO ORDERED**.

                                   **BARBARA MOSES**
                                   United States Magistrate Judge