```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
STEPHEN C. KRAMER et al.,               :      21cv7121 (DLC)
                                        :
                        Plaintiffs,     :         ORDER
                                        :
            -v-                         :
                                        :
PENSKE TRUCK LEASING CO., et al,        :
                                        :
                        Defendants.     :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On November 11, 2021 the above captioned case was referred to Magistrate Judge Barbara Moses for general pretrial and dispositive motion purposes. Accordingly, it is hereby

    ORDERED that the general pretrial and dispositive motion referral is vacated.

    SO ORDERED:

Dated:    New York, New York
          April 15, 2022

                                          DENISE COTE
                              United States District Judge