```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
STEPHEN C. KRAMER et al.,               :   21cv7121 (DLC)
                                        :
                         Plaintiffs,    :        ORDER
                                        :
              -v-                       :
                                        :
PENSKE TRUCK LEASING CO., et al,        :
                                        :
                         Defendants.    :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 29, 2021, defendants filed a motion to dismiss pursuant to Rule 12(b)(2), Fed. R. Civ. P. On March 11, 2022, plaintiffs filed an opposition to the motion to dismiss, which was marked as deficient due to a filing error. The plaintiffs properly filed an opposition to the motion to dismiss on April 6, 2022. Accordingly, it is hereby

ORDERED that plaintiffs' reply, if any, is due by April 20, 2022.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                                     _____
                                             DENISE COTE
                                     United States District Judge