```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
STEPHEN C. KRAMER et al.,               :    21cv7121(DLC)
                                        :
                                        :         ORDER
                            Plaintiffs, :
                                        :
              -v-                       :
                                        :
PENSKE TRUCK LEASING CO., et al.,       :
                                        :
                                        :
                            Defendants. :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2021, plaintiffs filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On April 29, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiffs shall, by **May 20, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated:     New York, New York
           May 13, 2022

                                   _____
                                         DENISE COTE
                                   United States District Judge