```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
STEPHEN C. KRAMER et al.,                :    21cv7121 (DLC)
                                         :
                      Plaintiffs,        :         ORDER
                                         :
              -v-                        :
                                         :
PENSKE TRUCK LEASING CO., et al,         :
                                         :
                      Defendants.        :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2021, the plaintiffs filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332.  In response to a May 13, 2022 Order, the plaintiffs filed a May 20 letter regarding the basis for their belief that diversity of citizenship exists.  The May 20 letter is insufficient as it failed to list and identify the citizenship of each of the members, shareholders, or partners of each of the following defendants:  Penske Truck Leasing, Co., L.P., PTL GP, LLC, and Morgan Truck Body, LLC.  Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiffs shall, by **June 1, 2022,** file on ECF a letter no longer than two pages listing each of the members, shareholders, or partners of the defendants and identifying for each of them their citizenship.

SO ORDERED:

Dated:   New York, New York
         May 26, 2022

                                        _____
                                               DENISE COTE
                                        United States District Judge