```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
STEPHEN C. KRAMER et al.,                  :      21cv7121 (DLC)
                                           :
                        Plaintiffs,        :      ORDER
                                           :
              -v-                          :
                                           :
PENSKE TRUCK LEASING CO., et al,           :
                                           :
                        Defendants.        :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2021, the plaintiffs filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On May 20, 2022, the plaintiffs filed a letter regarding the basis for their belief that diversity of citizenship exists but the letter was insufficient. On June 1, the plaintiffs filed a second letter to supplement the May 20 letter but the letter was again insufficient.

For each of the LP or LLC-parties that have members that are also LPs or LLCs, the citizenship of the members of those LPs or LLCs must also be given. The June 1 Letter failed to identify the citizenship of each of the members, shareholders, or partners of GE Capital Truck Leasing Holding LLC and Logistics Holding LLC. The June 1 Letter also failed to identify the principal place of business of Penske Truck Leasing Corporation, Penske Automotive Group, Inc., MBK Commercial

Vehicles, Inc., and MBK USA Commercial Vehicles Inc.  Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiffs shall, by **June 8, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists.

SO ORDERED:

Dated:   New York, New York
         June 2, 2022

                                        _____
                                                DENISE COTE
                                        United States District Judge